# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Asif Muhammad Bey**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:23-cv-00143-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Paul B. Wickensimer | ) | |
| W. Walter Wilkins | ) | |
| Alan Wilson**,** | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 5, 2023 Order.

June 5, 2023

*[signature]*

Katherine Hord Simon, Acting Clerk
United States District Court